Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15527)
BURGER | MEYER LLP
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN ELIZABETH SUSSAN, individually,<br><br>Plaintiff<br><br>vs.<br><br>WALMART INC., foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No.: 2:23-cv-00202-CDS-NJK<br>Hon. Cristina D. Silva<br><br>**ORDER ON JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>[ECF No. 6]<br><br>Action Filed: December 23, 2022<br>Trial Date:   None. |

On March 10, 2023, the parties to the above-referenced action filed a stipulation to remand removed action. Having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties' stipulation to remand [ECF No. 6] is approved.

2. The Clerk of Court is directed to REMAND this case to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-22-863052-C, Department 29, and CLOSE THIS CASE.

Dated: March 13, 2023

_____
Cristina D. Silva
United States District Judge